UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **BENJAMIN BALLOUT,**<br>Plaintiff,<br>v.<br>**CAPITAL ONE BANK (USA), N.A., *et al.*,**<br>Defendants. | **2:26-CV-11381-TGB-EAS**<br>HON. TERRENCE G. BERG<br>**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 43)** |

This matter is before the Court on Magistrate Judge Elizabeth A. Stafford's July 7, 2026 Report and Recommendation (ECF No. 43), recommending that Defendant Weltman's motion to dismiss (ECF No. 16) be denied as moot and that Defendants Weltman and LexisNexis be dismissed from the action.

The Court has reviewed Judge Stafford's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law.

The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report … to which objection is made." *Id.* Where, as here, neither party has specifically objected to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149–52 (1985).

The Court will, therefore, accept Judge Stafford's Report and Recommendation of July 7, 2026 as its findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Judge Stafford's Report and Recommendation of July 7, 2026 (ECF No. 43), is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Defendants Weltman and LexisNexis are **DISMISSED** from the action. It is **FURTHER ORDERED** that Weltman's Motion to Dismiss (ECF No. 16) is **DENIED** as **MOOT**.

**SO ORDERED.**

Dated: August 17, 2026

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE